| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Pier Paolo Caputo, Esq. (SBN 176698)<br>Law Offices of Pier Paolo Caputo<br>275 S. Beverly Dr., Ste 202<br>Beverly Hills, CA 90212<br>Tel(213)291-6990  Fax(213)406-1252<br><br>paulcaputolawoffice@gmail.com<br><br>ATTORNEYS FOR: Plaintiffs | FILED<br>2011 SEP 19 PM 2:28<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guadalupe Elias Gutierrez And Juan De Dios Gutierrez<br><br>Plaintiff(s),<br>v.<br><br>Bac Home Loan Servicing, LP f/k/a/ Countrywide Home Loans Servicing LP; Mortgage Electronic Registration Systems, Inc., a Delaware Corp. et al.<br>Defendant(s) | CASE NUMBER:<br>**CV11-7737 AJW**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Guadalupe Elias Gutierrez and Juan De Dios Gutierrez
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Guadalupe Elias Gutierrez | Plaintiff |
| Juan De Dios Gutierrez | Plaintiff |
| Bac Home Loan Servicing, LP f/k/a/ Countrywide Home Loans Servicing LP | Defendant |
| Mortgage Electronic Registration Systems, Inc., a Delaware Corporation | Defendant |
| Recontrust Company, N.A., a National Association | Defendant |
| Fannie Mae a Government Sponsored Enterprise | Defendant |

9/15/11
Date

_____
Sign

Attorney for Plaintiffs Gutierrez
Attorney of record for or party appearing in pro per

CV-30 (04/10)                        NOTICE OF INTERESTED PARTIES